DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK Q. DENTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1078

[September 8, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 79-007105CF10A.

Mark Q. Denton, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*